NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


COREY MCGHEE, DOC #T09807,          )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-5075
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.


PER CURIAM.


            Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.